This that that it sorry